# OSBORN LAW P.C.

| Daniel A. Osborn, Esq. | 43 West 43rd Street, Suite 131 | Email: info@osbornlawpc.com |
| Lindsay M. Trust, Esq. | New York, New York 10036 | www.osbornlawpc.com |
| | Phone: 212-725-9800 | |
| | Facsimile: 212-500-5115 | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2021

September 23, 2021

**VIA ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

*[signature]*
Hon. Katharine H. Parker, U.S.M.J.
09/24/2021

      Re:    *Owsinski v. Commissioner of Social Security,*
                Civil Action No. 1:20-cv-08771-KHP

Dear Judge Parker,

     We write on behalf of plaintiff, Thomas James Owsinski, and with the consent of the defendant, to request a 30-day extension of time to deliver plaintiff's portion of the Joint Stipulation to defendant. Plaintiff's portion of the Joint Stipulation is due on October 1, 2021. Plaintiff respectfully requests an extension of time up to and including November 1, 2021. This is plaintiff's first request for an extension.

     Subject to the approval of the Court, the parties propose the following revised briefing schedule:

        a.    Plaintiff to serve his portion of the Joint Stipulation to defendant on or before **November 1, 2021**;

Honorable Katharine H. Parker
September 23, 2021
Page 2

      b.   Defendant to serve its portions of the Joint Stipulation to plaintiff on or before **December 1, 2021**; and

      c.   Plaintiff to incorporate his reply (if any) on or before **December 24, 2021**.

      d.   Commissioner to sign and electronically file the Joint Stipulation on or before **December 29, 2021**.

Thank you for your consideration of this request.

                            Respectfully submitted,

                            s/Daniel A. Osborn
                            Daniel A. Osborn
                            OSBORN LAW, P.C.
                            43 West 43rd Street, Suite 131
                            New York, New York 10036
                            Telephone:   212-725-9800
                            Facsimile:     212-500-5115
                            dosborn@osbornlawpc.com

cc: Leslie A. Ramirez-Fisher, Esq. (by ECF)