# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.

43 West 43rd Street, Suite 131
New York, New York 10036
Phone: 212-725-9800
Facsimile: 212-500-5115

Email: info@osbornlawpc.com
www.osbornlawpc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021

October 22, 2021

**VIA ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.
10/22/2021

      Re:    *Owsinski v. Commissioner of Social Security,*
               Civil Action No. 1:20-cv-08771-KHP

Dear Judge Parker,

      We write on behalf of plaintiff, Thomas James Owsinski, and with the consent of the defendant, to request a 30-day extension of time to deliver plaintiff's portion of the Joint Stipulation to defendant. Plaintiff's portion of the Joint Stipulation is due on November 1, 2021. Plaintiff respectfully requests an extension of time up to and including December 1, 2021. This is plaintiff's second request for an extension. This request is necessary because our office currently has 12 briefs due in social security cases between October 25, 2021 and November 1, 2021.

      Subject to the approval of the Court, the parties propose the following revised briefing schedule:

    a. Plaintiff to serve his portion of the Joint Stipulation to defendant on or before **December 1, 2021**;

    b. Defendant to serve its portions of the Joint Stipulation to plaintiff on or before **January 3, 2022**; and

Honorable Katharine H. Parker
October 22, 2021
Page 2

      c.    Plaintiff to incorporate his reply (if any) on or before **January 24, 2022**.

      d.    Commissioner to sign and electronically file the Joint Stipulation on or before **January 28, 2022**.

Thank you for your consideration of this request.

      Respectfully submitted,

      s/Daniel A. Osborn
      Daniel A. Osborn
      OSBORN LAW, P.C.
      43 West 43rd Street, Suite 131
      New York, New York 10036
      Telephone:    212-725-9800
      Facsimile:    212-500-5115
      dosborn@osbornlawpc.com

cc: Leslie A. Ramirez-Fisher, Esq. (by ECF)